## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TENNESSEE

IN RE:    CHARLES EDWARD SMITH, JR.

            15-51299-MPP

        BRENDA SUE SMITH

Debtor(s)    Chapter 13

-----------------------------------------------------------------------------------------------------------------------

## MOTION FOR ENTRY OF AN AGREED ORDER

Comes the Chapter 13 Trustee and moves the Court for entry of an Agreed Order on claimed Exemptions.

Respectfully submitted,

/s/ Gwendolyn M. Kerney, w/perm cw
GWENDOLYN M. KERNEY, #007280
Chapter 13 Trustee
PO Box 228
Knoxville, TN  37901
(865) 524-4995

### CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of this Motion and Agreed Order have been electronically serviced and/or mailed to the following this ___28___ day of _September_____, 2015.

**/**s/ Gwendolyn M. Kerney, w/perm cw

CHARLES EDWARD SMITH, JR./BRENDA SUE SMITH
2622 PURKEY STREET
MORRISTOWN, TN  37814


Terry E. Hurst
Attorney at Law
331 East Main Street
Newport, TN  37821-


United States Trustee
800 Market Street, Ste. 114
Knoxville, TN  37902